EAGLE LION STUDIOS, INC., Respondent, v. EAGLE LION CLASSICS, INC., et al., Appellants.— Order unanimously modified so as to deny plaintiff the right to examine under items 2(a), 2(b), 3(b), 3(d) 1-2-3, 3(f) 2, 3(k), 3(m), 3(o)

and 4, and to limit the records to be produced to those described in items 1, 3, 5, 7 and 9. The order is further modified to provide that the examination under items 3(a), 3(c) 1-2-3, 3(e), 3(f) 1, 3(g), 3(h), 3(i), 3(j), 3(l), 3(n), 6(a), 6(b) and 7 is limited to the two motion pictures described in the complaint. The defendants are to be examined in the first instance by their vice-president or other officer familiar with the facts. The order, as so modified, is affirmed, with $20 costs and disbursements to the appellants. The date for the examination to proceed shall be fixed in order. Settle order on notice. Present— Cohn, J. P., Breitel, Bastow, Botein and Bergan, JJ.